# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,   Civil Action No.: 06-10120
Hon. JOHN FEIKENS

    Plaintiff,

v

ERVIN D. WILSON

    Defendant.
_____/

## **CONSENT JUDGMENT**

Having reviewed the stipulation herein below, and being otherwise advised in the matter;

**IT IS ORDERED** that judgment be and hereby is entered in favor of the United States of America and against Defendant, ERVIN D. WILSON in the amount of $9,355.82 as of December 30, 2005, plus a $250.00 filing fee as permitted by 28 U.S.C. §2412(a)(2) plus pre-judgment interest from December 30, 2005, to entry of judgment, minus all payments made between filing of complaint and judgment, with post-judgment interest to run at the legal rate in effect on the date of entry of judgment pursuant to 28 U.S.C. §1961.

| | |
|---|---|
| February 27, 2006 | See scanned cj filed via pdf for signature |
| DATED | ERVIN D. WILSON, Defendant, In Pro Per |
| | |
| March 2, 2006 | s/Deborah A. Banfill_____ |
| DATED | SHERMETA, ADAMS & VON ALLMEN, P.C. |
| | P.O. Box 80883 |
| | Rochester Hills, MI 48308 |
| | (248) 652-8200 |
| | dbanfill@shermeta.com |
| | P63179 |
| **MARCH 30, 2006** | **s/John Feikens**_____ |
| DATED | UNITED STATES DISTRICT JUDGE |

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on March 30, 2006, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager